STATE v. WILLIAMS

No. 183P99

Case below: 132 N.C.App. 586

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

STATE v. WILLIAMS

No. 264A90-5

Case below: Wayne County Superior Court

Petition by Attorney General for writ of supersedeas allowed 22 July 1999. Petition by Attorney General for writ of certiorari to review the order of the Superior Court, Wayne County, allowed 22 July 1999.

STATE ex rel. COMM'R OF INS. v. N.C. RATE BUREAU

No. 42PA99

Case below: 131 N.C.App. 874

Petitions by defendant and plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 22 July 1999 for the limited purpose of remanding to the North Carolina Court of Appeals for consideration and decision consistent with this Court's decision in *State ex rel. Comm'r of Ins. v. N.C. Rate Bureau*, 350 N.C. 539.

SWAN QUARTER FARMS, INC. v. SPENCER

No. 264P99

Case below: 133 N.C.App. 106

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

TERRY v. HOME LUMBER CO.

No. 296P99

Case below: 133 N.C.App. 349

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.